# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL EVANS,<br><br>Defendant. | Case No. 2:21-cr-00251-JCM-NJK<br><br>**ORDER** |

Based on the stipulation and good cause appearing;

IT IS ORDERED that the Status Conference hearing currently scheduled for Monday, March 20, 2023, 2020 at 1:00 p.m., be vacated and continued to __March 28, 2023__ at the hour of 3:00 PM.

DATED this 15th day of March 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3