# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ISRAEL EVANS,<br>    Defendant. | Case No.: 2:21-cr-00251-JCM-NJK<br>**Order Setting Hearing**<br>[Docket No. 51] |

Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 51.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for July 5, 2023, at 11:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that Defendant and his counsel must be present in the courtroom.

IT IS SO ORDERED.

Dated: June 20, 2023

                                                                                        Nancy J. Koppe<br>                                                                                        United States Magistrate Judge