ANDREW WONG, ESQ.
Nevada Bar No. 14133
VEGAS GOLDEN LAW
500 Rose Street
Las Vegas, NV 89106
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant- Israel Evans

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ISRAEL EVANS,<br><br>             Defendant. | Case No. 2:21-cr-251-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Andrew Wong, counsel for Israel Evans, that the sentencing set for February 21, 2024, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to collect letters of support for Mr. Evans.

2. Defense counsel also requests additional time to prepare a sentencing memorandum for Mr. Evans.

3. The defendant does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare for sentencing.

This is the first stipulation to continue filed herein.

DATED: February 9, 2024.

By */s/ Andrew Wong*
Andrew Wong
Counsel for Israel Evans

JASON FRIERSON
United States Attorney

By */s/ Robert Knief*
Robert Knief
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISRAEL EVANS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-251-JCM-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to collect letters of support for Mr. Evans.

2. Defense counsel also requests additional time to prepare a sentencing memorandum for Mr. Evans.

3. The defendant does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

**ORDER**

IT IS FURTHER ORDERED that sentencing in this case is continued to **April 24, 2024, at 10:00 a.m.**

DATED: February 14, 2024.

UNITED STATES DISTRICT JUDGE