ANDREW WONG, ESQ.
Nevada Bar No. 14133
VEGAS GOLDEN LAW
500 Rose Street
Las Vegas, NV 89106
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant- Israel Evans

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISRAEL EVANS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-251-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng and Andrew Wong, counsel for Israel Evans, that the sentencing set for December 20, 2024, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　The government needs additional time to transfer Mr. Evans into its custody and ensure his appearance at the resentencing hearing.

　　　　2.　　The defense does not object to the continuance.

　　　　3.　　The parties agree to the continuance.

　　　　4.　　The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

1     This is the first stipulation to continue filed herein.

2     DATED: December 18, 2024.

3 By /s/ Andrew Wong  
   Andrew Wong                        JASON FRIERSON  
4 Counsel for Israel Evans         United States Attorney

5                                  By /s/ Robert Knief

6                                  Robert Knief  
                                  Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ISRAEL EVANS,<br><br>          Defendant. | Case No. 2:21-cr-251-JCM-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The government needs additional time to transfer Mr. Evans into its custody and ensure his appearance at the resentencing hearing.

2. The defense does not object to the continuance.

3. The defendant does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS FURTHER ORDERED that the resentencing scheduled for December 20, 2024 is vacated and scheduled for: **January 22, 2025 at 10:00 a.m.**

.

DATED: December 19, 2024.

_____
UNITED STATES DISTRICT JUDGE