JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336  Fax:(702) 388-5087
Robert.Knief@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**ISRAEL EVANS**,<br><br>    Defendant. | Case No. 21-CR-00251-JCM-NJK<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ISRAEL EVANS**<br>**(ID # 02708583)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Christopher Chestnut, Nevada Southern Detention Center, Nevada, and the United States Marshal for the District of Nevada to produce **ISRAEL EVANS** before the United States District Court on or about January 22, 2025, at the hour of 10:00 a.m., in Courtroom 6A, for **Sentencing** hearing.

**ISRAEL EVANS** is currently in the custody of the Clark County Detention Center.

The Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce **ISRAEL EVANS** before this Court for the purpose of the **Sentencing** hearing and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court,

1 | and when excused by this Court, to be returned to the custody of the Clark County
2 | Detention Center.

Dated:  January 15, 2025            Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Robert Knief*
ROBERT KNIEF
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**ISRAEL EVANS**,<br><br>　　　　Defendant. | Case No. 21-CR-00251-JCM-NJK<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ISRAEL EVANS**<br>**(ID # 02708583)** |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **ISRAEL EVANS** before the United States District Court at Las Vegas, Nevada, on or about January 22, 2025, at the hour of 10:00 a.m., in Courtroom 6A, for **Sentencing** hearing and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　DATED:  January 16, 2025.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE